1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   In the Disciplinary Matter of          )    ORDER OF
                                             )    DISBARMENT/SUSPENSION
12                                           )
     ATTORNEY DISCIPLINARY                   )
13   ACTIONS                                 )
                                             )
14   _____       )

15

16          On March 26, 2010, the Court issued a number of Orders to Show Cause

17   why certain attorneys should not be disbarred or suspended from the Bar of this

18   Court as a result of suspension or disbarment from the Supreme Court of

19   California, resignation with charges pending accepted by the Supreme Court of

20   California, or enrollment as an involuntary inactive member of the State Bar of

21   California with cases pending in this Court.  Written responses to each Order to

22   Show Cause were due thirty (30) days from the date of the Order to Show Cause.

23   The Court has not received a response to its March 26, 2010 Orders to Show

24   Cause from any attorney listed in Attachment "A" to this Order, unless otherwise

25   noted therein. IT IS THEREFORE ORDERED that the attorneys listed in

26   Attachment "A" to this Order are suspended or disbarred from the practice of law

27   in this Court pursuant to Rule 83-3.2 of the Local Rules for the Central District of

28   California.

1

1        IT IS FURTHER ORDERED that any attorney listed in Attachment
2  "A" to this Order who has been suspended or disbarred from the Bar of this Court
3  will be reinstated upon proof of his or her reinstatement as an active member in
4  good standing with the State Bar of California.

5        An attorney registered to use the Court's Electronic Case Filing
6  System (ECF) who is suspended or disbarred by this Court will not have access to
7  file documents electronically until the attorney has been reinstated by the State Bar
8  of California and reinstated to the Bar of this Court.

9        This Order is being served pursuant to Federal Rule of Civil
10  Procedure 5  to the current addresses of the attorneys listed in Attachment "A" as
11  on file with the State Bar of California as of March 26, 2010.

12

13        DATE:    May 7, 2010

14

15

16

17                       Audrey B. Collins
                Chief United States District Judge
18

19

20

21

22

23

24

25

26

27

28

2

1 <u>Attachment A</u>

2

3 <u>Disbarment</u>

4 1.  James Brian Markum, #170326, MC-10-125 ABC

5 2.  Patrick Dayton McNeal, #62102, MC-10-126 ABC

6 3.  Brian Saunders, #176100, MC-10-127 ABC

7 <u>Suspension</u>

8 *1.  David Jay Hancock, #174784, MC-10-128 ABC

9      *Provident Bank v. Hughes*, CV-07-432 JLQ (JCRx)

10     *Schaefer v. Edwards*, CV-07-801 SJO (PJWx)

11 2.  Darlene Marie Ricker, #151653, MC-10-129 ABC

12 3.  Daniel Scott Brown, #158025, MC-10-130 ABC

13 4.  Antonio Lloyd Cogliandro, #73756, MC-10-132 ABC

14 5.  Erin H. Humphries, #110669, MC-10-133 ABC

15 6.  Andrew Levy, #153999, MC-10-134 ABC

16 7.  Fari Bari Nejadpour, #216925, MC-10-136 ABC

17 8.  John Joseph O'Kane, III, #97772, MC-10-137 ABC

18 9.  Christopher Roman Rector, #212244, MC-10-138 ABC

19 10.  Robert Andrew Karpuk, #933322, MC-10-139 ABC

20 11.  Kathleen Marie Lee, #144699, MC-10-140 ABC

21

22 *Has active cases pending in this court as of March 24, 2010.

23

24

25

26

27

28

3